IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR-21-64-GF-BMM |
| vs. | |
| GLOYDEAN LEE RIDER, | ORDER |
| Defendant. | |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on October 17, 2022. (Doc. 55.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on October 13, 2022. (Doc. 54.) The United States accused Gloydean Rider (Rider) of violating her conditions of supervised release 1) by using methamphetamine; 2) by consuming alcohol; and 3) by committing four other crimes. (Doc. 46.)

At the revocation hearing, Rider admitted to violating the conditions of her supervised release 1) by using methamphetamine; 2) by consuming alcohol; and 3) by committing four other crimes. (Doc. 54.) Judge Johnston found that the violations proved to be serious and warranted revocation, and recommended that Rider receive a custodial sentence of 15 months with 21 months of supervised release to follow. (Doc. 55.) Rider was advised of her right to appeal and her right to allocute before the undersigned. Rider waived those rights. (Doc. 56.) The violation proves serious and warrants revocation of Rider's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 55) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Defendant Gloydean Lee Rider be sentenced to the custody of the United States Bureau of Prisons for 15 months with 21 months of supervised release to follow. Rider will be incarcerated at a BOP facility that offers the MINT or RPP program.

DATED this 1st day of November, 2022.

_____
Brian Morris, Chief District Judge
United States District Court