THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>GLOYDEAN LEE RIDER,<br><br>Defendant. | CR-21-64-GF-BMM<br><br><br><br>**ORDER** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on December 18, 2023. (Doc. 67.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on December 13, 2023. (Doc. 66.)  The United States accused Gloydean Rider of supervised release 1) by using methamphetamine; 2) by failing to maintain full-time employment; 3) by consuming alcohol on two separate occasions; and 4) by failing to notify her probation officer of a change in residence on two separate occasions. (Doc. 60.)

At the revocation hearing, Rider admitted that she had violated the conditions of her supervised release 1) by using methamphetamine; 2) by failing to maintain full-time employment; 3) by consuming alcohol on two separate occasions; and 4) by failing to notify her probation officer of a change in residence on two separate occasions.  (Doc. 66.)  Judge Johnston found that the violations proved to be serious and warranted revocation, and recommended that Rider receive a custodial sentence of 10 months with no supervised release to follow. (Doc. 67.)  Rider was advised of her right to appeal and her right to allocute before the undersigned and waived those rights. (Doc. 66.)  The violations prove serious and warrants revocation of Rider's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's  Findings and Recommendations (Doc. 67) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Defendant Gloydean Lee Rider be sentenced to the custody of the United States Bureau of Prisons for 0 months with no supervised release to follow

DATED this 18th day of December 2023.

_____
Brian Morris, Chief District Judge
United States District Court